JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>$245,681.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 5:21-cv-00395-JWH-SP<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 16]" (the "<u>Order</u>") entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The Complaint states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given in the manner required by law. No claim or answer was filed in this action by any claimant. The Court deems that Brian James Winner, Shawna Marie Pratt, Felicia Maria Salvador, PV Holdings Corp., and all potential claimants admit the allegations of the Complaint to be true. The Court further finds that the allegations of the Complaint establish that Defendant $245,681.00 in U.S. Currency (the "<u>Defendant Currency</u>") is subject to forfeiture

4. The Court finds there was reasonable cause for the seizure of the Defendant Currency, and this Judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

5. A default judgment is hereby **ENTERED** against the interests of all potential claimants, including Brian James Winner, Shawna Marie Pratt, Felicia Maria Salvador, and PV Holdings Corp., in the Defendant Currency.

6. All right, title, and interest of potential claimants Brian James Winner, Shawna Marie Pratt, Felicia Maria Salvador, PV Holdings Corp., and all other potential claimants in and to the Defendant Currency are **CONDEMNED** and **FORFEITED** to Plaintiff United States of America.

7. Plaintiff United States of America is **DIRECTED** to dispose of the Defendant Currency in the manner required by law.

8. Plaintiff United States of America is **DIRECTED** to mail a copy of the Order and this Judgment to all potential claimants including Brian James Winner, Shawna Marie Pratt, Felicia Maria Salvador, and PV Holdings Corp. Plaintiff United States of America is also **DIRECTED** to file a proof of such service with the Court within 14 days of the entry of this Judgment.

9. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 25, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE